IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**WILLIE GATHINGS**                                                    **PLAINTIFF**

**V.**                          **CIVIL ACTION NO. 1:21CV-105-SA-DAS**

**STATE OF MISSISSIPPI**
**AND BARRY FORD**                                                 **DEFENDANT**

**ORDER DIRECTING REFILING OF MOTION TO PROCEED IN FORMA PAUPERIS**

Before the court is the application of Willie Gathings for leave to proceed in this action filed pursuant to 42 USC § 405 (g) without prepayment of costs or giving security. The court, having reviewed the application, finds that the wrong form has been submitted in support of the application. Married litigants must submit the long form providing financial information for both spouses. *Dow v. Colvin,* 2013 WL 1952092 (N. D. Tex. Apr. 15, 2013). Plaintiff shall submit a corrected application with the long form within two weeks of this order. Furthermore, the forms require disclosure of gross wages. Providing just take-home pay, given the wide range of common non-tax payroll deductions, is not an adequate response to the request for income information. The long form can be found www.uscourts.gov/sites/default/files/ao239_1.pdf.

**SO ORDERED** this the 17th day of September, 2020.

                                                     **/s/ David A. Sanders**
                                                     **UNITED STATES MAGISTRATE JUDGE**